# Criminal Case Cover Sheet

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA

**City** Methuen

**County** Essez

**Related Case Information:**
- Superseding Ind./ Inf.
- Case No. 21-mj-2756-MBB
- Same Defendant
- New Defendant
- Magistrate Judge Case Number 21-MJ-2756-MBB
- Search Warrant Case Number
- R 20/R 40 from District of

## Defendant Information:

**Defendant Name:** Elba Antonia Pena    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:**

**Address:** (City & State) Philadelphia, PA

**Birth date (Yr only):** 1989   **SSN (last4#):**   **Sex** F   **Race:** W   **Nationality:** USA

**Defense Counsel if known:**    **Address**

**Bar Number**

## U.S. Attorney Information:

**AUSA** Jennifer Zacks    **Bar Number if applicable**

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** 11/16/2021

☑ Already in Federal Custody as of 11/16/2021 in Wyatt.
☐ Already in State Custody at ─── ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by:    on

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/16/2021    **Signature of AUSA:** *Jennifer Zacks*

**District Court Case Number** (To be filled in by deputy clerk): 21-mj-2756-MBB

**Name of Defendant** Elba Antonia Pena

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1: 21 U.S.C. 841 | possession with intent to distribute and distribution of heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**